THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stephen Westbrook, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

 Unpublished Opinion No. 2007-UP-138
Submitted April 2, 2007  Filed April 3, 2007 

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz III, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia; and Solicitor Kevin Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Stephen Westbrook appeals his convictions and sentences for kidnapping, armed robbery, assault and battery with intent to kill, and possession of a firearm during the commission of a violent crime. Westbrooks counsel argues the trial court erred in neglecting to instruct the jury on the law of alibi, although no request was made in the trial court for a charge on the law of alibi.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Westbrooks counsel has filed a petition to be relieved, stating he has reviewed the record and certifies the appeal lacks merit.  After a thorough review of the record and briefs pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss appellants appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, KITTREDGE, and SHORT, JJ, concur.